# EXHIBIT O

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

February 24 2025 11:56 AM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 24-2-12392-5

The Honorable TaTeasha M. Davis

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| NORMA HOWARD, as Personal Representative for the Estate of George Howard III, GEORGE HOWARD IV and ANTHONY CEJA, Beneficiaries to the Estate of George Howard III,<br><br>Plaintiffs,<br><br>v.<br><br>PADI WORLDWIDE CORPORATION, A For Profit Corporation, PADI AMERICAS, INC. A For Profit Corporation, J&K SCUBA, LLC d/b/a JBLM SCUBA, JOHN GEMIN and JANE DOE GEMIN and the marital community composed thereof, SHANNON GROVER and JOHN DOE GROVER and the marital community composed thereof, and MICHAEL ANTHONY and JANE DOE ANTHONY, and the marital community composed thereof, and JOHN DOES 1-20,<br><br>Defendants. | NO. 24-2-12392-5<br><br>DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT |

Defendants PADI Worldwide Corporation and PADI Americas, Inc., (collectively "Defendants PADI") answer Plaintiffs' Complaint as follows:

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 1

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194

## I. PARTIES

1.1 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

1.2 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

1.3 Defendant PADI Worldwide admits that it is a for-profit corporation with its principal place of business in California. Defendant PADI Worldwide lacks sufficient information to admit or deny the balance of this paragraph due to its vague wording and therefore denies the same.

1.4 Admit Defendant PADI Americas is a for-profit corporation with its principal place of business in California. Admit Defendant PADI Americas is a subsidiary of Defendant PADI Worldwide. Defendants PADI lack sufficient information to admit or deny the balance of this paragraph due to its vague wording and therefore deny the same.

1.5 To the extent the allegations of this paragraph call for a legal conclusion, no response is required. Otherwise, Defendants PADI lack sufficient information to admit or deny the balance of this paragraph due to its vague wording and therefore deny the same.

1.6 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

1.7 Admit Defendant JBLM Scuba was a PADI Five Star Dive Center professional business that engaged in the retail sale of PADI courses and course materials. Defendants PADI deny any allegation that Defendants JBLM Scuba, Gemin, Grover, or Anthony were agents of Defendants PADI or that Defendants PADI are vicariously liable for the actions of Defendants JBLM Scuba, Gemin, Grover, or Anthony.

1.8 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 2

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

1.9 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

1.10 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

1.11a-f Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

1.12 This paragraph contains no allegations or assertions and no response is therefore required.

## II. JURISDICTION AND VENUE

2.1 Defendants PADI reassert and incorporate by reference all preceding paragraphs as if fully restated herein.

2.2 Admit.

2.3 Admit.

2.4 Admit.

## III. FACTS

3.1 Defendants PADI reassert and incorporate by reference all preceding paragraphs as if fully restated herein.

3.2 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

3.3 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

3.4 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 3

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

3.5     Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

3.6     Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

3.7     Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

3.8     Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

3.9     Admit the decedent died in American Lake in Pierce County, Washington, on May 14, 2022. Defendants PADI lack sufficient information to admit or deny the cause or manner of the decedent's death and therefore deny the same.

3.10    Defendants PADI deny they operate any PADI 5 Star Dive Centers or "Dive Shops" but admit that, as of May 14, 2022, JBLM Scuba held a membership as a PADI 5 Star Dive Center. Defendants PADI deny any allegation that Defendants JBLM Scuba, Gemin, Grover, or Anthony were agents of Defendants PADI or that Defendants PADI are vicariously liable for the actions of Defendants JBLM Scuba, Gemin, Grover, or Anthony.

3.11    Admit that on May 14, 2022, Defendant JBLM Scuba was a PADI Five Star Dive Center professional business that engaged in the retail sale of PADI courses and course materials to its student divers. Defendants PADI deny any allegation that Defendants JBLM Scuba, Gemin, Grover, or Anthony were agents of Defendants PADI or that Defendants PADI are vicariously liable for the actions of Defendants JBLM Scuba, Gemin, Grover, or Anthony. Defendants PADI lack sufficient information to admit or deny the balance of this paragraph due to its vague wording, i.e., the reference to unidentified "Dive Shops," and therefore denies the same.

3.12    Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

DEFENDANTS PADI WORLDWIDE CORPORATION
AND PADI AMERICAS, INC.'S ANSWER TO
PLAINTIFFS' COMPLAINT - 4

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

3.13    Admit that PADI 5 Star Dive Centers are expected to use and comply with the PADI standards and system of diver education in offering diving courses. Defendants PADI deny any allegation that Defendants JBLM Scuba, Gemin, Grover, or Anthony were agents of Defendants PADI or that Defendants PADI are vicariously liable for the actions of Defendants JBLM Scuba, Gemin, Grover, or Anthony.

3.14    Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

3.15    Denied.

## IV.    LIABILITY

4.1    Defendants PADI reassert and incorporate by reference all preceding paragraphs as if fully restated herein.

4.2    Denied.

4.3    Denied.

4.4    Denied.

4.5    Denied.

4.6    Denied.

4.7    Denied.

4.8    Denied.

4.9    Denied.

4.10   Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.11   Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 5

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194

4.12 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.13 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.14 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.15 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.16 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.17 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.18 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.19 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.20 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.21 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.22 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 6

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

4.23    Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.24    Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.25    Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.26    Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.27    Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.28    Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.29    Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.30    Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.31    Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.32    Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

4.33    Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 7

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194

4.34 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

4.35 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

4.36 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

4.37 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

4.38 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

4.39 Defendants PADI lack sufficient information to admit or deny this allegation and therefore deny the same.

4.40 Denied.

4.41 Denied.

4.42 Denied.

4.43 Denied.

4.44 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.45 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

4.46 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

//

DEFENDANTS PADI WORLDWIDE CORPORATION
AND PADI AMERICAS, INC.'S ANSWER TO
PLAINTIFFS' COMPLAINT - 8

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

## V. DAMAGES

5.1 Defendants PADI reassert and incorporate by reference all preceding paragraphs as if fully restated herein.

5.2 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

5.3 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

5.4 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

5.5 Denied as to Defendants PADI. Defendants PADI lack sufficient information to admit or deny the balance of the allegations in this paragraph and therefore deny the same.

## VI. PLAINTIFF'S RELIEF SOUGHT

Defendants PADI deny in full Plaintiffs' request for relief.

\* \* \* \*

## **AFFIRMATIVE DEFENSES**

As further answer to the Plaintiffs' Complaint, and in order to preserve the right to assert affirmative defenses at trial, Defendants PADI hereby notify Plaintiffs that they are pleading all theories of defense available pursuant to law. Based on the information now available, and pursuant to CR 8, 11, and 12, Defendants generally deny Plaintiff's causes of action and damages, and reserves the right to assert affirmative defenses including but not limited to the following:

1. Failure to name a proper party, indispensable party, or third-party at fault;
2. Failure to state one or more claims upon which relief can be granted;
3. Contributory negligence/comparative fault;

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 9

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 · f. 206-749-0194

4. Pre-existing condition;

5. Failure to mitigate damages;

6. Consent and assumption of risk;

7. Plaintiffs' claims are barred and/or limited by the decedent's valid and enforceable liability release and assumption of risk agreement;

8. Plaintiffs' claims are barred and/or limited by the decedent's valid and enforceable Non-Agency Disclosure an Acknowledgment Agreement;

9. Superseding/Intervening Cause;

10. To the extent Plaintiff is successful in proving any claims, Defendants are liable only for their proportionate share of the total damages, if any, pursuant to RCW 4.22. To the extent that any entity or person contributed to Plaintiff's injuries and damages, and was at fault in doing so, Defendants requests that liability be apportioned according to the percentage of fault of Plaintiff and any other persons, parties, or third parties, in accordance with RCW 4.22. Any verdict/judgment should be reduced pursuant to the provisions of RCW 4.22. Defendants further expressly reserve the right, in the event that Plaintiff settles or has already settled with other persons, parties, or third parties, to seek a credit and setoff for any proportionate negligence that the jury shall attribute to the settling parties.

Defendants reserve the right to amend this Answer, and to assert additional affirmative defenses, third-party claims, counterclaims, and cross-claims as discovery in this matter is conducted, as well as the right to assert additional claims or actions against other parties, whether in this lawsuit or not as the facts develop.

Defendants assert the above affirmative defenses in order to preserve the right to assert these matters at trial. Upon completion of discovery, and based upon the facts learned during discovery and investigation, Defendants may withdraw any of these affirmative defenses as may be appropriate.

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 10

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

## PRAYER FOR RELIEF

Having fully answered Plaintiffs' Complaint for Damages, Defendants PADI pray for the following relief:

1. Plaintiffs take nothing hereby;
2. That Plaintiffs' Complaint be dismissed with prejudice;
3. That costs and attorneys' fees be awarded to Defendants PADI; and,
4. Defendants PADI further prays for any other relief deemed just and appropriate by the Court.

DATED this 24th day of February, 2025.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC


By: *s/ Jesse C. Williams*
    Eron Z. Cannon, WSBA #42706
    Jesse C. Williams, WSBA #35543
    Attorneys for Defendants PADI Worldwide
    Corporation and PADI Americas, Inc.

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 11

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194

# CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on the date below a copy of the foregoing document was forwarded for service upon counsel of record as follows:

| | |
|---|---|
| ***Counsel for Plaintiffs***<br>Cameron J. Pearson<br>IDDINS Law Group PS<br>25052 104TH AVE. SE, STE. B<br>KENT, WA 98030<br>cameron@iddinslaw.com | ☑ Regular U.S. Mail *(Upon Request Only)*<br>☐ Facsimile<br>☐ Legal Messenger<br>☑ E-mail/ ECF |
| ***Counsel for Defendants Grover***<br>Michael E. McAleenan<br>Smith Alling P.S.<br>1501 Dock St<br>Tacoma, WA 98402-3209<br>mmc@smithalling.com | ☑ Regular U.S. Mail *(Upon Request Only)*<br>☐ Facsimile<br>☐ Legal Messenger<br>☑ E-mail/ ECF |
| Karen Marie Kay<br>Crowley & Kay, Inc., P.S.<br>524 Tacoma Ave S<br>Tacoma, WA 98402-5416<br>karen@524law.com | |

Signed at Seattle, Washington this 24th day of February, 2025.

*s/Chloe Lynch*
Chloe Lynch, Legal Assistant

DEFENDANTS PADI WORLDWIDE CORPORATION AND PADI AMERICAS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT - 12

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194