# EXHIBIT P

**CERTIFICATE OF SERVICE**

On this day, the undersigned served pursuant to CR5(b) all parties with copies of this document by delivery to their Attorneys of Record via Legal Messenger Service, U.S. Mail, First Class, Postage Prepaid, Overnight Delivery Service, Hand Delivery, Court E-Service, E-mail, and/or by Facsimile. I certify under penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

Dated at Tacoma, WA _MAR 5_, 2025.

By _[signature]_

Print Name: CHRIS SHELTON

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

March 05 2025 1:24 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 24-2-12392-5

7920.21495 KMK

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR PIERCE COUNTY

| | |
|---|---|
| NORMA HOWARD, as Personal Representative for the Estate of George Howard III, GEORGE HOWARD IV and ANTHONY CEJA, Beneficiaries to the Estate of George Howard III,<br><br>Plaintiffs,<br><br>v.<br><br>PADI WORLDWIDE CORPORATION, A For Profit Corporation, PADI AMERICAS, INC. A For Profit Corporation, J&K SCUBA, LLC d/b/a JBLM SCUBA, JOHN GEMIN and JANE DOE GEMIN and the marital community composed thereof, SHANNON GROVER and JOHN DOE GROVER, and the marital community composed thereof, and MICHAEL ANTHONY and JANE DOE ANTHONY, and the marital community composed thereof, and JOHN DOES 1-20,<br><br>Defendants. | NO: 24-2-12392-5<br><br>**DEFENDANTS GROVER'S JOINDER IN JURY DEMAND OF 12** |

**COME NOW DEFENDANTS GROVER**, by and through their undersigned attorney of record, **KAREN M. KAY,** and hereby join in Defendants PADI Worldwide Corporation and PADI Americas, Inc.'s Jury Demand of 12, previously filed with this Court.

DEFENDANTS GROVER JOINDER IN JURY DEMAND OF 12

Page 1 of 2

Crowley & Kay, Inc., P.S.
524 Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4704

**DATED** this 4th day of March, 2025.

                                **CROWLEY & KAY, INC., P.S.**

                    By: _____
                                **KAREN M. KAY**, WSBA #36765
                                Counsel for Defendants Grover

DEFENDANTS GROVER JOINDER IN JURY DEMAND OF 12

Page **2** of **2**

Crowley & Kay, Inc., P.S.
524 Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4704