|  |  |
|---|---|
| NORMA HOWARD, as Personal Representative for the Estate of George Howard III, GEORGE HOWARD IV and ANTHONY CEJA, Beneficiaries to the Estate of George Howard III,<br><br>Plaintiffs,<br><br>v.<br><br>PADI WORLDWIDE CORPORATION, A For Profit Corporation, PADI AMERICAS, INC. A For Profit Corporation, J&K SCUBA, LLC d/b/a JBLM SCUBA, JOHN GEMIN and JANE DOE GEMIN and the marital community composed thereof, SHANNON GROVER and JOHN DOE GROVER and the marital community composed thereof, and MICHAEL ANTHONY and JANE DOE ANTHONY, and the marital community composed thereof, and JOHN DOES 1-20,<br><br>Defendants. | NO. 3:25-cv-05343-GJL<br><br>NOTICE OF WITHDRAWAL |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

TO:        CLERK OF THE COURT

AND TO:   ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that attorney Jesse C. Williams of the law firm Fain Anderson

NOTICE OF WITHDRAWAL - 1

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194

VanDerhoef Rosendahl O'Halloran Spillane, PLLC, hereby withdraws as attorney of record for Defendants PADI Worldwide Corporation and PADI Americas, Inc. Eron Cannon of the law firm Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC, remains as counsel for Defendants PADI Worldwide Corporation and PADI Americas, Inc.

DATED this 19th day of September, 2025.

          FAIN ANDERSON VANDERHOEF
          ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: *s/ Jesse C. Williams*
    Jesse C. Williams, WSBA #35543
    ***Withdrawing Counsel***
    FAVROS Law
    3131 Elliott Ave, Ste 300
    Seattle, WA 98121
    Telephone: 206-749-0094
    Fax: 206-749-0194
    Email: jesse@favros.com

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: *s/ Eron Z. Cannon*
    Eron Z. Cannon, WSBA #42706
    FAVROS Law
    3131 Elliott Ave, Ste 300
    Seattle, WA 98121
    Telephone: 206-749-0094
    Fax: 206-749-0194
    Email: eron@favros.com

Attorneys for Defendants PADI Worldwide Corporation and PADI Americas, Inc.

NOTICE OF WITHDRAWAL - 2

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 ・ f. 206-749-0194

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

*Counsel for Plaintiffs*
Cameron J. Pearson
IDDINS Law Group PS
25052 104TH AVE. SE, STE. B
KENT, WA 98030
cameron@iddinslaw.com
starsha@iddinslaw.com

*Counsel for Defendant Grover*
Karen Kay
Crowley & Kay, Inc., P.S.
524 Tacoma Ave S
Tacoma, WA 98402-5416
Phone: (253) 383-4704
karen@524law.com

*Counsel for Defendant Gemin*
Audrey M. Airut Murphy
Amanda Gabrielle Butler
Keating Bucklin & McCormack, Inc., P.S.
1201 3rd Ave Ste 1580
Seattle, WA 98101-3093
Phone: (206) 949-3185
amurphy@kbmlawyers.com
abutler@kbmlawyers.com

Signed at Seattle, Washington this 19th day of September, 2025.

*s/ Chloe Lynch*
Chloe Lynch, Legal Assistant

NOTICE OF WITHDRAWAL - 3

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194